UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
WESTCHESTER FIRE INSURANCE COMPANY,         Docket No.: 15956/13

                            Plaintiff,         **COMPLAINT**

            -against-

ENVIROGUARD, LLC, CLEAN AIR CONSULTANTS,
LLC, SILVERMINE EQUITIES, LLC, MARK
COSTANTINI, LISA COSTANTINI, MARIO MARINI
and MICHELLE MARINI,

                            Defendants.
-------------------------------------------------------------------X

       Plaintiff, WESTCHESTER FIRE INSURANCE COMPANY, by its attorneys, COZEN O'CONNOR, complaining of the Defendants, ENVIROGUARD, LLC, CLEAN AIR CONSULTANTS, LLC, SILVERMINE EQUITIES, LLC, MARK COSTANTINI, LISA COSTANTINI, MARIO MARINI and MICHELLE MARINI, (hereinafter referred to collectively as the "Defendants") respectfully alleges the following:

### JURISDICTION AND VENUE

       1.     This Court has jurisdiction over this action based upon the diversity of citizenship pursuant to 28 U.S.C. 1332, in that Westchester Fire Insurance Company is a citizen of the Commonwealth of Pennsylvania and Defendants are citizens of the State of Connecticut.

       2.     The amount in controversy, exclusive of interest and costs, exceeds $75,000.

       3.     Venue is proper in the District of Connecticut because Defendants are domiciled in the District.

## THE PARTIES

4.  Plaintiff Westchester Fire Insurance Company (hereinafter referred to as "Westchester") is a Pennsylvania corporation, with its principal place of business at 436 Walnut Street, Philadelphia, Pennsylvania 19106 and is, accordingly, a citizen of the Commonwealth of Pennsylvania.

5.  Westchester Fire was and is duly authorized to transact surety business in the State of Connecticut.

6.  Defendant ENVIROGUARD, LLC (hereinafter "Enviroguard") is a Connecticut limited liability company, with its principal place of business at 81 Silvermine Road, Seymour, Connecticut 06483 and is, therefore, a citizen of the State of Connecticut.

7.  Defendant CLEAN AIR CONSULTANTS, LLC (hereinafter, (Clean Air") is a Connecticut limited liability company with its principal place of business 81 Silvermine Road, Seymour, Connecticut 06483 and is, therefore, a citizen of the State of Connecticut.

8.  Defendant SILVERMINE EQUITIES, LLC, is a Connecticut limited liability company with its principal place at business 81 Silvermine Road, Seymour, Connecticut 06483 and is, therefore, a citizen of the State of Connecticut.

9.  Defendant MARK COSTANTINI is domiciled in the State of Connecticut, residing at 43 Crescent Place, Monroe, Connecticut 06448 and is, therefore, a citizen of the State of Connecticut.

10. Defendant LISA COSTANTINI is domiciled in the State of Connecticut, residing at 43 Crescent Place, Monroe, Connecticut 06448 and is, therefore, a citizen of the State of Connecticut.

11. Defendant MARIO MARINI is domiciled in the State of Connecticut, residing at 135 Governor Trumbull Way, Trumbull, Connecticut 06611, and is, therefore, a citizen of the State of Connecticut.

12. Defendant MICHELLE MARINI is domiciled in the State of Connecticut, residing at 135 Governor Trumbull Way, Trumbull, Connecticut 06611, and is, therefore, a citizen of the State of Connecticut. .

13. For the purpose of inducing Westchester to execute, as surety, performance and payment bonds for Enviroguard and Clean Air, the Defendants, as "Principals" or "Indemnitors" each executed an Agreement of Indemnity dated October 15, 2010 (hereinafter referred to as the "Agreement") in which Defendants agreed, among other things, to indemnify Westchester for all amounts it was required to pay or to incur by reason of its execution such performance and payment bonds. A copy of the Agreement is annexed hereto as Exhibit "A".

14. The Agreement set forth the following provisions:

> PRINCIPAL(s) and INDEMITOR(s) shall exonerate, hold harmless, indemnify and keep indemnified SURETY from and against any and all claims, demands and liability for losses, costs, expenses of whatsoever kind or nature, including, but not limited to court costs, counsel fees, costs of investigation, consultant fees, account fees, engineer or construction management fees, together with interest thereon at the maximum rate allowed by law, which SURETY may sustain or incur by reason of or in consequence of the:

17594561.1

  A. Execution or procurement of execution of BOND(s);

  B. Failure by the PRINCIPAL(s) or INDEMNITOR(s) to perform or comply with any of the covenants or conditions of the AGREEMENT;

  C. Any Event of Default herein;

  D. Enforcement of any covenant of this AGREEMENT;

  E. Performance of any investigation, attempt or attainment of any release in connection with any BOND(s) or any loss or unpaid premium in connection with any BOND(s);

  F. Prosecution or defense of any action or claim in connection with any BOND(s), whether SURETY, at its own discretion, elects to employ counsel of its own selection or permits or requires PRINCIPAL(s) or INDEMNITOR(s) to make arrangements for SURETY's legal representation; and

  G. Attempt to recover losses or expenses paid or incurred in connection with this AGREEMENT, CONTRACT(s) and/or BOND(s).

  Payment shall be made to SURETY by the PRINCIPAL(s) and/or INDEMNITOR(s) as soon as liability exists or is asserted against SURETY, whether or not SURETY shall have made any payment therefore. Such payment shall be equal to whatever amount SURETY, in its judgment, shall deem sufficient to protect it from loss. SURETY shall have the right to use the payment or any part thereof, in payment or settlement of any liability, loss or expense for which PRINCIPAL(s) and/or INDEMNITOR(s) would be obligated to indemnify SURETY under the terms of this AGREEMENT.

15. Westchester executed as surety for Enviroguard and Clean Air performance and payment bonds (the "Bonds") for construction contracts to be performed by Enviroguard and Clean Air which the bonds named as principals.

16.     Westchester received claims on the Bonds from payment bond obligees for amounts owed to the obligees by Enviroguard and Clean Air and which they had failed to pay. As a result, Westchester was required to, and did, pay the payment bond obligees a total of $134,186.49.

16.     To date, Westchester Fire has incurred legal and other expenses in the amount of $13,466.93 in connection with Enviroguard's and Clean Air's failure to pay their bonded obligations, and Westchester will continue to incur such expenses for the prosecution of this action.

18.     Westchester Fire executed Bonds pursuant to the Agreement with the Defendants, upon which obligees of the Bonds made claims.

20.     Pursuant to the Agreement, the Defendants were obligated to indemnify Plaintiff Westchester Fire for the payments made to pay claims under the bonds.

21.     To date, the Defendants have not paid any part of the amounts that Westchester has paid for claims under the Bonds and related expenses totaling $147,653.42, and said amount remains due and owing.

22.     By reason of the foregoing, Plaintiff Westchester Fire demands that Defendants pay the amount of $147,653.42, plus any future loss, costs, fees or expenses incurred, plus interest and attorneys' fees.

**WHEREFORE**, Plaintiff Westchester Fire Insurance Company, respectfully requests judgment against all Defendants in the amount of $147, 653.42, plus any future loss, costs, fee or expenses it may incur, together with attorneys' fees for this action and interest and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
November 5, 2013

                                        COZEN O'CONNOR

                                        By: _____
                                        Michael A. Savino
                                        Attorneys for Plaintiff
                                        WESTCHESTER FIRE INSURANCE COMPANY
                                        45 Broadway, 16th Floor
                                        New York, New York 10006
                                        (212) 509-9400

To:     ENVIROGUARD, LLC
          81 Silvermine Road
          Seymour, Connecticut 06483

          CLEAN AIR CONSULTANTS, LLC
          81 Silvermine Road
          Seymour, Connecticut 06483

          SILVERMINE EQUITIES, LLC
          81 Silvermine Road
          Seymour, Connecticut 06483

          MARK COSTANTINI
          43 Crescent Place
          Monroe, Connecticut 06448

          LISA COSTANTINI
          43 Crescent Place
          Monroe, Connecticut 06448

          MARIO MARINI
          135 Governor Trumbull Way
          Trumbull, Connecticut 06611

MICHELLE MARINI
135 Governor Trumbull Way
Trumbull, Connecticut 06611

7

17594561.1