UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re:

WESTCHESTER FIRE INSURANCE COMPANY :  CASE NO: 3:13-CV-01620-CSH
:
vs. :
:
ENVIROGUARD, LLC, ET AL : JANUARY 28, 2014

## ANSWER

The Defendants, Mario Marini and Michelle Marini (hereinafter sometimes referred to collectively as the "Defendants") file this their answer to the Plaintiff's Complaint and would respectfully show the following:

1. The Defendant admit they are citizens of Connecticut. The Defendants have insufficient knowledge to either admit or deny the remaining allegations of this paragraph.

2. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

3. The Defendants admit that they are residents of Connecticut.

4. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

5. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

6. The Defendants admit Enviroguard, LLC is a Connecticut Limited Liability Company. The Defendants deny the remaining allegations of this paragraph.

7. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

8. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

9. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

10. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

11. The Defendants admit the allegations contained in this paragraph.

12. The Defendants admit the allegations contained in this paragraph.

13. The Defendants admit the allegations contained in this paragraph.

14. The Defendants neither admit nor deny this allegation because it purports to recite a paragraph in Exhibit A as the document speaks for itself.

15. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

16. The Defendants neither admit or deny that Enviroguard or Clean Air owed money to the alleged obligors which the Defendant was required to pay based on insufficient knowledge.

16(sic). The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

18. The Defendants have insufficient knowledge to admit or deny the allegations of

this paragraph and leave the Plaintiff to its proof.

20(sic). Defendants neither admit or deny the allegations of this paragraph because it calls for them to address a legal conclusion to which no answer is required.

21. The Defendants admit they have paid nothing to Plaintiff. The Defendants deny the remaining obligations of this paragraph.

22. The Defendants have insufficient knowledge to admit or deny the allegations of this paragraph and leave the Plaintiff to its proof.

WHEREFORE, Defendants pray that upon final hearing hereon that the Plaintiff take nothing by way of its Complaint and that the Court award judgment in favor the Defendants and all costs of court.

        MARIO MARINI and
        MICHELLE MARINI,
        THE DEFENDANT


By: */s/Stephen P. Wright*
   Stephen P. Wright (ct02255)
   GOLDMAN, GRUDER & WOODS, LLC
   105 Technology Drive
   Trumbull, CT 06611
   Tel: 203-880-5333
   Email: swright@goldmangruderwoods.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re:

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY : | CASE NO: 3:13-CV-01620-CSH |
| : | |
| vs. : | |
| : | |
| ENVIROGUARD, LLC, ET AL : | JANUARY 28, 2014 |

## C E R T I F I C A T I O N

This is to certify that a copy of the Answer was served via electronic transmission and/or mailed postage prepaid this date to:

Cozen O'Connor, Esq.
45 Broadway – 16th Floor
New York, NY 10003

                                              /s/ Stephen P. Wright
                                              Stephen P. Wright (ct02255)
                                              GOLDMAN, GRUDER & WOODS, LLC
                                              105 Technology Drive
                                              Trumbull, CT 06611
                                              Tel: 203-880-5333
                                              Email: swright@goldmangruderwoods.com