**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

WESTCHESTER FIRE
INSURANCE COMPANY,

    Plaintiff

v.

ENVIROGUARD, LLC, CLEAN
AIR CONSULTANTS, LLC,
SILVERMINE EQUITIES, LLC,
MARK COSTANTINI, LISA
COSTANTINI, MARIO MARINI,
MICHELLE MARINI,

    Defendants

CASE NO. 3:13CV1620(CSH)

## **DEFAULT JUDGMENT**

This action came on for consideration before the Honorable Charles S. Haight, Jr., Senior United States District Judge. On February 23, 2015, default entered as to the defendants. The plaintiff then filed a motion for default judgment which was granted on June 25, 2015, ordering that judgment enter for the plaintiff in the amount of $134,186.49 plus costs (filing fee and service fees for summons and complaint), with interest at the legal rate from the date that judgment is entered. It is therefore;

ORDERED, ADJUDGED AND DECREED that judgment is entered for the plaintiff, Westchester Fire Insurance Company, against the defendants, Clean Air Consultants, LLC, Silvermine Equities, LLC, Mario Marini and Michelle Marini in the amount of $134,186.49, plus statutory interest pursuant to 28 U.S.C. 1961, accruing from the date that judgment is entered, and the case is closed.

Dated at New Haven, Connecticut this 29th day of June, 2015.

EOD: June 29, 2015

ROBIN D. TABORA, CLERK

By_____/s/_____
Kathleen Falcone
Deputy Clerk